# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL KEENER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-CV-0928-MJR |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

Before the Court are Plaintiff's, Michael A. Keener's, motion for an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), (Doc. 28), and the parties' stipulation for an award of attorney's fees under the EAJA (Doc. 32).

The Court may award in its discretion a reasonable fee for Mr. Keener's representation before this Court under the EAJA. Mr. Keener's attorney initially sought fees and costs in the amount of $10,805.77, representing 3.58 hours at the rate of $163.39, 60.97 hours at the rate of $167.64 and $368.17 in costs. The parties have now stipulated to the total amount of $5,800.00 to satisfy all claims for fees, costs and expenses under the EAJA.

1

Accordingly, the Court **DENIES as moot** Plaintiff's motion for award of attorney's fees (Doc. 28) and **AWARDS** attorney's fees in the amount of $5,800.00, made payable to Mr. Keener's attorney, Joni Beth Bailey, Esq., under the EAJA, 28 U. S. C. § 2412.

**IT IS SO ORDERED.**

**DATED this 8th day of September, 2008**

<pre>
                                    s/Michael J. Reagan
                                    MICHAEL J. REAGAN
                                    United States District Judge
</pre>